**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Oasis Vineyards Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1705722** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14141 Hume Road**<br>**Hume, VA**<br>ZIP Code **22639** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fauquier** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Oasis Vineyards Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Oasis Vineyards Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Gregory M. Van Doren VSB #**
Signature of Attorney for Debtor(s)

**Gregory M. Van Doren VSB # 17182**
Printed Name of Attorney for Debtor(s)

**Gregory M. Van Doren**
Firm Name

**9119 Church Street**
**Manassas, VA 20110**

_____
Address

**Email: gmaxvand1@msn.com**
**703-369-5353  Fax: 703-369-2213**
Telephone Number

**December 11, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Corinne Salahi**
Signature of Authorized Individual

**Corinne Salahi**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 11, 2008**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# Form 1120S — U.S. Income Tax Return for an S Corporation

Department of the Treasury
Internal Revenue Service

▶ Do not file this form unless the corporation has filed Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2006**

For calendar year 2006 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** Effective date of S election: 3/16/94 | Use IRS label. Otherwise, print or type. | **Name:** OASIS VINEYARD, INC. |
| **B** Business activity code number: 424800 | | **Number, street, and room or suite no.:** 14141 HUME ROAD |
| | | **City or town, state, and ZIP code:** HUME VA 22639 |

**C** Employer identification number: 54-1705722
**D** Date incorporated: 3/16/1994
**E** Total assets: $ 222,839

**F** Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**G** Enter the number of shareholders in the corporation at the end of the tax year ▶ 3

**H** Check if Schedule M-3 is required (attach Schedule M-3) ☐

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | 360,362 | |
| | b Less returns and allowances | | |
| | c Bal ▶ | 1c | 360,362 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | 341,971 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 18,391 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 4 | |
| 5 | Other income (loss) (see instructions-attach statement)  SEE STMT 1 | 5 | 2,672 |
| 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | 21,063 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| 7 | Compensation of officers | 7 | 30,241 |
| 8 | Salaries and wages (less employment credits) | 8 | 121,688 |
| 9 | Repairs and maintenance | 9 | 21,022 |
| 10 | Bad debts | 10 | |
| 11 | Rents | 11 | |
| 12 | Taxes and licenses | 12 | 73,872 |
| 13 | Interest | 13 | 23,934 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 20,759 |
| 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| 16 | Advertising | 16 | |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | 3,786 |
| 19 | Other deductions (attach statement)  SEE STMT 2 | 19 | 229,359 |
| 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | 524,661 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -503,598 |

### Tax and Payments

| | | | |
|---|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2006 estimated tax payments and 2005 overpayment credited to 2006 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Credit for federal telephone excise tax paid (attach Form 8913) | 23d | |
| e | Add lines 23a through 23d | 23e | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2007 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here** — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: /s/ _____   Title: President

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed | Preparer's SSN or PTIN |
|---|---|---|---|
| /s/ | 3/07/08 | ☐ | P00102648 |

Firm's name: SCHREINER, LEGGE & COMPANY
Address: 2800 EISENHOWER AVE STE 100, ALEXANDRIA, VA 22314-5208
EIN: 54-1148969
Phone no.: 703-329-8000

**CLIENT COPY**

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1120S** (2006)

Form 1120S (2006) OASIS VINEYARD, INC.     54-1705722     Page 2

## Schedule A    Cost of Goods Sold (see instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 94,424 |
| 2 | Purchases | |
| 3 | Cost of labor | 26,991 |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement)    STMT 3 | 257,056 |
| 6 | **Total.** Add lines 1 through 5 | 378,471 |
| 7 | Inventory at end of year | 36,500 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 341,971 |

9a   Check all methods used for valuing closing inventory:   (i) ☐ Cost as described in Regulations section 1.471-3
     (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
     (iii) ☐ Other (Specify method used and attach explanation.) ▶
  b   Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
  c   Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
  d   If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO    9d
  e   If property is produced or acquired for resale, do the rules of section 263A apply to the corporation?    ☐ Yes   ☒ No
  f   Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes   ☒ No
     If "Yes," attach explanation.

## Schedule B    Other Information (see instructions)     Yes   No

1   Check accounting method:   a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶

2   See the instructions and enter the:
    a Business activity ▶ WINERY      b Product or service ▶ WINES

3   At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made?     X

4   Was the corporation a member of a controlled group subject to the provisions of section 1561?     X

5   Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction?     X

6   Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐
    If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

7   If the corporation: (a) was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and** (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $

8   Enter the accumulated earnings and profits of the corporation at the end of the tax year.    $

9   Are the corporation's total receipts (see instructions) for the tax year **and** its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1.     X

Note: If the corporation, at any time during the tax year, had assets or operated a business in a foreign country or U.S. possession, it may be required to attach **Schedule N (Form 1120),** Foreign Operations of U.S. Corporations, to this return. See Schedule N for details.

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -503,598 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -95 |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| Income (Loss) | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends: a Ordinary dividends | 5a | . |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions)    Type ▶ | 10 | |

Form **1120S** (2006)

DAA

Form 1120S (2006)    OASIS VINEYARD, INC.      54-1705722      Page 3

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Contributions    STMT 4 | 12a | 200 |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶    (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions)    Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions)    Type ▶ | 13d | |
| | e Other rental credits (see instructions)    Type ▶ | 13e | |
| | f Credit for alcohol used as fuel (attach Form 6478) | 13f | |
| | g Other credits (see instructions)    Type ▶ | 13g | |
| **Foreign Transaction** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive | 14d | |
| | e Listed categories (attach statement) | 14e | |
| | f General limitation | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive | 14i | |
| | j Listed categories (attach statement) | 14j | |
| | k General limitation | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid    ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | -802 |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties-gross income | 15d | |
| | e Oil, gas, and geothermal properties-deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Property distributions | 16d | |
| | e Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a Investment income | 17a | |
| | b Investment expenses | 17b | |
| | c Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | -503,893 |

Form **1120S** (2006)

DAA

Form 1120S (2006)    OASIS VINEYARD, INC.      54-1705722      Page 4

### Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 19,857 | | 1,693 |
| 2a | Trade notes and accounts receivable | 7,500 | | | |
| b | Less allowance for bad debts | ( ) | 7,500 | ( ) | |
| 3 | Inventories | | 94,424 | | 36,500 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) STMT 5 | | 3,528 | | 3,433 |
| 10a | Buildings and other depreciable assets | 357,628 | | 365,913 | |
| b | Less accumulated depreciation | ( 172,560 ) | 185,068 | ( 193,319 ) | 172,594 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 12,217 | | 12,217 | |
| b | Less accumulated amortization | ( 2,539 ) | 9,678 | ( 3,598 ) | 8,619 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 320,055 | | 222,839 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 116,257 | | 178,125 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 10,541 | | 10,541 |
| 18 | Other current liabilities (attach statement) STMT 6 | | 96,792 | | 72,033 |
| 19 | Loans from shareholders | | 300,755 | | 692,443 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 577,701 | | 555,581 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 3,000 | | 3,000 |
| 23 | Additional paid-in capital | | 45,653 | | 45,653 |
| 24 | Retained earnings | | -830,644 | | -1,334,537 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 320,055 | | 222,839 |

### Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -503,893 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ | | | | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | -503,893 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | -503,893 |

### Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | -830,644 | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 503,598 ) | | |
| 5 | Other reductions    STMT 7 | ( 295 ) | | |
| 6 | Combine lines 1 through 5 | -1,334,537 | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | -1,334,537 | | |

DAA                                                                       Form **1120S** (2006)

| Form **8825** (Rev. December 2006) Department of the Treasury Internal Revenue Service | Rental Real Estate Income and Expenses of a Partnership or an S Corporation ▶ See instructions on back. ▶ Attach to Form 1065, Form 1065-B, or Form 1120S. | OMB No. 1545-1186 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| OASIS VINEYARD, INC. | 54-1705722 |

1 Show the kind and location of each property. See page 2 to list additional properties.

A ...................................................................................................

B ...................................................................................................

C ...................................................................................................

D ...................................................................................................

| | | | Properties | | | |
|---|---|---|---|---|---|---|
| **Rental Real Estate Income** | | | A | B | C | D |
| 2 | Gross rents | 2 | | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | | | | |
| 8 | Legal and other professional fees | 8 | | | | |
| 9 | Interest | 9 | | | | |
| 10 | Repairs | 10 | | | | |
| 11 | Taxes | 11 | | | | |
| 12 | Utilities | 12 | | | | |
| 13 | Wages and salaries | 13 | | | | |
| 14 | Depreciation (see instructions) | 14 | | | | |
| 15 | Other (list) ▶ .................... .................... .................... | 15 | | | | |
| 16 | Total expenses for each property. Add lines 3 through 15 | 16 | | | | |

| | | | |
|---|---|---|---|
| 17 | Total gross rents. Add gross rents from line 2, columns A through H | 17 | |
| 18 | Total expenses. Add total expenses from line 16, columns A through H | 18 ( | ) |
| 19 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 19 | |
| 20a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 20a | -95 |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 20a. Attach a schedule if more space is needed: | | |
| | (1) Name                                              (2) Employer identification number | | |
| | SALAHI FAMILY PARTNERSHIP                              54-1830986 | | |
| 21 | Net rental real estate income (loss). Combine lines 17 through 20a. Enter the result here and on: • Form 1065 or 1120S: Schedule K, line 2, or • Form 1065-B: Part I, line 4 | 21 | -95 |

For Paperwork Reduction Act Notice, see back of form.
DAA

Form **8825** (12-2006)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Oasis Vineyards Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **ABC/Amega** <br> **1100 Main Street** <br> **Buffalo, NY 14209** | **ABC/Amega** <br> **1100 Main Street** <br> **Buffalo, NY 14209** | **Business Expense** | | **7,450.53** |
| **BB&T** <br> **P.O. Box 1847** <br> **Wilson, NC 27894** | **BB&T** <br> **P.O. Box 1847** <br> **Wilson, NC 27894** | **First Trust** | | **93,500.00** |
| **De Lage Landen** <br> **AR Systems** <br> **P.O. Box 80766** <br> **Valley Forge, PA 19484** | **De Lage Landen** <br> **AR Systems** <br> **P.O. Box 80766** <br> **Valley Forge, PA 19484** | **Business Expense** | | **81,000.00** |
| **Holland & Knight** <br> **1600 Tysons Blvd. Ste 700** <br> **Mc Lean, VA 22102-5867** | **Holland & Knight** <br> **1600 Tysons Blvd. Ste 700** <br> **Mc Lean, VA 22102-5867** | **Legal Fees** | | **441,818.89** |
| **Ingleside Plantation Inc.** <br> **5872 Leedstown Road** <br> **Colonial Beach, VA 22443** | **Ingleside Plantation Inc.** <br> **5872 Leedstown Road** <br> **Colonial Beach, VA 22443** | **Business Expense** | | **15,135.00** |
| **Liberty Mutual** <br> **75 Remittance Drive** <br> **Ste. 1837** <br> **Chicago, IL 60675** | **Liberty Mutual** <br> **75 Remittance Drive** <br> **Ste. 1837** <br> **Chicago, IL 60675** | **Business Expense** | | **5,066.00** |
| **Marcher Consultants** <br> **8230 Leesburg Pike** <br> **Ste. 610** <br> **Vienna, VA 22182** | **Marcher Consultants** <br> **8230 Leesburg Pike** <br> **Ste. 610** <br> **Vienna, VA 22182** | **Business Expense** | | **13,138.70** |
| **Marybeth Wootton** | **Marybeth Wootton** | **Civil litigation** | **Unliquidated Disputed** | **5,000.00** |
| **Prospero Winery, Inc.** <br> **P.O. Box 240** <br> **Roanoke, VA 24002** | **Prospero Winery, Inc.** <br> **P.O. Box 240** <br> **Roanoke, VA 24002** | **Civil litigation** | | **50,615.30** |
| **Robb F. and Cheryl Levin** <br> **c/o  Harry N, Lowe** <br> **9302 Lee Hwy Ste 1100** <br> **Fairfax, VA 22031** | **Robb F. and Cheryl Levin** <br> **c/o  Harry N, Lowe** <br> **9302 Lee Hwy Ste 1100** <br> **Fairfax, VA 22031** | **Civil litigation** | | **18,834.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Oasis Vineyards Inc.**  Case No. _____
                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Robert D. Burke CPA 401(k) Pl<br>6279 Franconia Road<br>Alexandria, VA 22310 | Robert D. Burke CPA 401(k) Pl<br>6279 Franconia Road<br>Alexandria, VA 22310 | Second Trust | | 702,250.00 |
| Salamander Middleberg LLC<br>200 W. Washington St.<br>Middleburg, VA 20117 | Salamander Middleberg LLC<br>200 W. Washington St.<br>Middleburg, VA 20117 | Business Expense | Unliquidated Disputed | 340,000.00 |
| Schreiner Legge<br>2800 Eisenhower Avenue<br>Ste. 100<br>Alexandria, VA 22314 | Schreiner Legge<br>2800 Eisenhower Avenue<br>Ste. 100<br>Alexandria, VA 22314 | Business Expense | | 45,000.00 |
| Stanley W. Coffey<br>t/a Skyline Electric Co.<br>674 Catlett Mountain Rd<br>Front Royal, VA 22630 | Stanley W. Coffey<br>t/a Skyline Electric Co.<br>674 Catlett Mountain Rd<br>Front Royal, VA 22630 | Business Expense | Unliquidated Disputed | 17,358.72 |
| Strother Law Offices<br>15 East Franklin Street<br>Richmond, VA 23219 | Strother Law Offices<br>15 East Franklin Street<br>Richmond, VA 23219 | Business Expense | | 5,367.22 |
| Sysco Food Services<br>5081 South Valley Pike<br>Harrisonburg, VA 22801 | Sysco Food Services<br>5081 South Valley Pike<br>Harrisonburg, VA 22801 | Business Expense | | 8,546.44 |
| T. Huntley Thorpe III<br>Gulick, Carson & Thorpe PC<br>P.O. Box 880<br>Warrenton, VA 20186 | T. Huntley Thorpe III<br>Gulick, Carson & Thorpe PC<br>P.O. Box 880<br>Warrenton, VA 20186 | Legal Fees | | 35,574.51 |
| Virginia Dept. of Taxation<br>Office of Consumer Affairs<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Virginia Dept. of Taxation<br>Office of Consumer Affairs<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | Business taxes | | 15,000.00 |
| Vitro Packaging Inc.<br>13711 Regional Drive<br>Laredo, TX 78045-9404 | Vitro Packaging Inc.<br>13711 Regional Drive<br>Laredo, TX 78045-9404 | Business Expense | | 18,790.20 |
| Waterloo<br>P.O. Box 262<br>2311 Route 414<br>Waterloo, NY 13165 | Waterloo<br>P.O. Box 262<br>2311 Route 414<br>Waterloo, NY 13165 | Business Expense | | 29,175.25 |

B4 (Official Form 4) (12/07) - Cont.

In re **Oasis Vineyards Inc.** Case No. _____
　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 11, 2008**　　　　　　Signature **/s/ Corinne Salahi**
　　　　　　　　　　　　　　　　　　　　　　　**Corinne Salahi**
　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Oasis Vineyards Inc.**, Debtor

Case No. _____

Chapter **11**

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**Alexandria Division**
**Cities:**
- ☐ Alexandria-510
- ☐ Fairfax-600
- ☐ Falls Church-610
- ☐ Manassas-683
- ☐ Manassas Park-685

**Counties:**
- ☐ Arlington-013
- ☐ Fairfax-059
- ■ Fauquier-061
- ☐ Loudoun-107
- ☐ Prince William-153
- ☐ Stafford-179

**Richmond Division**
**Cities:**
- ☐ Richmond (city)-760
- ☐ Colonial Heights-570
- ☐ Emporia-595
- ☐ Fredericksburg-630
- ☐ Hopewell-670
- ☐ Petersburg-730

**Counties:**
- ☐ Amelia-007
- ☐ Brunswick-025
- ☐ Caroline-033
- ☐ Charles City-036
- ☐ Chesterfield-041
- ☐ Dinwiddie-053
- ☐ Essex-057
- ☐ Goochland-075
- ☐ Greensville-081
- ☐ Hanover-085
- ☐ Henrico-087
- ☐ King and Queen-097
- ☐ King George-099
- ☐ King William-101
- ☐ Lancaster-103
- ☐ Lunenburg-111
- ☐ Mecklenburg-117
- ☐ Middlesex-119
- ☐ New Kent-127
- ☐ Northumberland-133
- ☐ Nottoway-135
- ☐ Powhatan-145
- ☐ Prince Edward-147
- ☐ Prince George-149
- ☐ Richmond (county)-159
- ☐ Spotsylvania-177
- ☐ Surry-181
- ☐ Sussex-183
- ☐ Westmoreland-193

**Norfolk Division**
**Cities:**
- ☐ Norfolk-710
- ☐ Cape Charles-535
- ☐ Chesapeake-550
- ☐ Franklin-620
- ☐ Portsmouth-740
- ☐ Suffolk-800
- ☐ Virginia Beach-810

**Counties:**
- ☐ Accomack-001
- ☐ Isle of Wight-093
- ☐ Northampton-131
- ☐ Southampton-175

**Newport News Division**
**Cities:**
- ☐ Newport News-700
- ☐ Hampton-650
- ☐ Poquoson-735
- ☐ Williamsburg-830

**Counties:**
- ☐ Gloucester-073
- ☐ James City-095
- ☐ Mathews-115
- ☐ York-199

Date: **December 11, 2008**

**/s/ Gregory M. Van Doren VSB #**
_____
**Signature of Attorney**
**Gregory M. Van Doren VSB # 17182**

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this Division.

Ver. 8/22/00

ABC/Amega  
1100 Main Street  
Buffalo, NY 14209

Alleghany Power  
800 Cabin Hill Drive  
Greensburg, PA 15606

American Bureau  
1100 Main Street  
Buffalo, NY 14209

Arias Temp Agency  
1736 Finley Drive  
Culpeper, VA 22701

Bay Etching & Imprinting  
43 Lively Oaks Road  
Lively, VA 22507

BB&T  
P.O. Box 1847  
Wilson, NC 27894

Commonwealth of Virginia  
Virginia Dept. of Taxation  
P.O. Box 1777  
Richmond, VA 23218

Corinne and Dirghamn Salahi  
14141 Hume Road  
Hume, VA 22639

Daves Diversified Services  
P.O. Box 288  
Front Royal, VA 22630

De Lage Landen  
AR Systems  
P.O. Box 80766  
Valley Forge, PA 19484

Dell Financial Services  
P.O. Box 742209  
Houston, TX 77274

DHL Express, Inc.
29 East Madison Street
Ste. 1650
Chicago, IL 60602


Ehrlich
20 Hump Road
Hagerstown, MD 21740


Embarq
P.O. Box 96064
Charlotte, NC 28296


Euro USA VA
405 Glenn Drive
Sterling, VA 20164


Farm Home
P.O. Box 2002
Culpeper, VA 22701


First Data
P.O. Box 173845
Denver, CO 80217


Glliams Lumber
515 Commerce Avenue
Front Royal, VA 22630


Global Contract, Inc.
16 West Main Street
Marlton, NJ 08053


Helena Chemical Company
P.O. Box 198153
Atlanta, GA 30384


Holland & Knight
1600 Tysons Blvd. Ste 700
Mc Lean, VA 22102-5867


Ingleside Plantation Inc.
5872 Leedstown Road
Colonial Beach, VA 22443

Lawson & Silek
43 Chester Street
Front Royal, VA 22630

Levy Diamond Bello
P.O. Box 352
Milford, CT 06460

Liberty Mutual
75 Remittance Drive
Ste. 1837
Chicago, IL 60675

Marcher Consultants
8230 Leesburg Pike
Ste. 610
Vienna, VA 22182

Marybeth Wootton

Michaele Holt Salahi
440 Senic Overlook Drive
Front Royal, VA 22630

Oasis Enterprises Inc.
440 Senic Overlook Drive
Front Royal, VA 22630

Pacific Lease
unknown

Pond, Athey, Athey & Pond
P.O. Box 395
35 North Royal Avenue
Front Royal, VA 22630

Presque Isle Wine Cellars
9440 West Main Road
North East, PA 16428

Progressive Insurance
370 Technology Drive
Downingtown, PA 19335

Prospero Winery, Inc.
P.O. Box 240
Roanoke, VA 24002


Quarles
1701 Fall Hill Avenue
Ste. 300
Fredericksburg, VA 22401


Ramsey True Value
703 North Royal Avenue
Front Royal, VA 22630


Robb F. and Cheryl Levin
c/o Harry N, Lowe
9302 Lee Hwy Ste 1100
Fairfax, VA 22031


Robert D. Burke CPA 401(k) Pl
6279 Franconia Road
Alexandria, VA 22310


Salamander Middleberg LLC
200 W. Washington St.
Middleburg, VA 20117


Schenck Foods
P.O. Box 2298
Winchester, VA 22604


Schreiner Legge
2800 Eisenhower Avenue
Ste. 100
Alexandria, VA 22314


Scott Laboratories, Inc.
2220 Pine View Way
P.O. Box 4559
Petaluma, CA 94955


Service Tire and Battery
615 North Royal Avenue
Front Royal, VA 22630

Southern Atlantic Label
1300 Cavalier Boulevard
Chesapeake, VA 23323


Southern States
50 Water Street
Front Royal, VA 22630


Stanley W. Coffey
t/a Skyline Electric Co.
674 Catlett Mountain Rd
Front Royal, VA 22630


Strother Law Offices
15 East Franklin Street
Richmond, VA 23219


Sysco Food Services
5081 South Valley Pike
Harrisonburg, VA 22801


T. Huntley Thorpe III
Gulick, Carson & Thorpe PC
P.O. Box 880
Warrenton, VA 20186


Tareq Salahi
440 Senic Overlook Drive
Front Royal, VA 22630


The Salahi Family Limited Par.
14141 Hume Road
Hume, VA 22639


Trademark Renewels Service
1425 K Street NW
Ste. 350
Washington, DC 20005


Treasurer of Fauquier
P.O. Box 677
Warrenton, VA 20188

UPS
P.O. Box 650580
Dallas, TX 75265


VA Trailer Services
11601 Old Stage Road
Chester, VA 23836


Virginia Dept. of Taxation
Office of Consumer Affairs
P.O. Box 1115
Richmond, VA 23218-1115


Vitro Packaging Inc.
13711 Regional Drive
Laredo, TX 78045-9404


Wachovia Bank
P.O. Box 105204
Atlanta, GA 30348


Waterloo
P.O. Box 262
2311 Route 414
Waterloo, NY 13165


Wells Fargo
P.O. Box 535106
Atlanta, GA 30353

**United States Bankruptcy Court**
**Eastern District of Virginia**

In re  **Oasis Vineyards Inc.**                                                          Case No.
                                                        Debtor(s)                Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Corinne Salahi**, declare under penalty of perjury that I am the **President** of **Oasis Vineyards Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of November, 2008.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Corinne Salahi, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Corinne Salahi, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Corinne Salahi, President** of this Corporation is authorized and directed to employ **Gregory M. Van Doren VSB # 17182**, attorney and the law firm of **Gregory M. Van Doren** to represent the corporation in such bankruptcy case."

Date  **December 11, 2008**                             Signed  **/s/ Corinne Salahi**
                                                                                **Corinne Salahi President**

Resolution of Board of Directors
of
**Oasis Vineyards Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Corinne Salahi**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Corinne Salahi**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Corinne Salahi, President** of this Corporation is authorized and directed to employ **Gregory M. Van Doren VSB # 17182**, attorney and the law firm of **Gregory M. Van Doren** to represent the corporation in such bankruptcy case.

| | |
|---|---|
| Date **November 30, 2008** | Signed **/s/ Corinne Salahi**, Director |
| Date **November 30, 2008** | Signed **/s/ Ismail Salahi, Director** |